# UNITED STATES DISTRICT COURT
## for
## NEW MEXICO

U.S.A. vs **Adin Kellner**                         Docket No. 1:24-CR-00367-JCH-1

Petition for Action on Conditions of Pretrial Release

COMES NOW **Anthony Carter** PRETRIAL SERVICES OFFICER presenting an official report upon the conduct of **Adin Kellner,** who was placed under pretrial release supervision by the Honorable Jennifer M. Rozzoni, United States Magistrate Judge**,** sitting in the court at **Albuquerque, New Mexico**, on April 25, 2024, with conditions which included the following:

1. (6)(a)(b)(c): The defendant is placed in the custody of La Pasada Halfway House, who agrees to supervise the defendant, use every effort to assure the defendant's appearance at all court proceedings, and notify the court immediately if the defendant violates a condition of release or is no longer in the custodian's custody.

2. (7)(j): The defendant must maintain residence at a halfway house or community corrections center, as the pretrial services office or supervising officer considers necessary.

**RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT AND FOR CAUSE AS FOLLOWS:**
On September 4, 2024, the undersigned officer was notified by the La Pasada Halfway House Program Director that they will no longer serve as the defendant's third-party custodian due to accountability issues. The defendant was given permission to leave the La Pasada Halfway House to attend work. On multiple occasions between July 29, 2024, and August 30, 2024, the defendant left his place of employment or would not report to his place of employment. The defendant's time between leaving work and returning to La Pasada Halfway House is unaccounted for.

PRAYING THAT THE COURT WILL ORDER A WARRANT FOR THE DEFENDANT'S ARREST

I declare under penalty of perjury that the foregoing is true and correct.

Executed on: **September 5, 2024**

*/s/ Anthony Carter*

**Anthony Carter**
**United States Probation Officer**

Place: **Albuquerque, New Mexico**