AO 442 (Rev. 08/14) Arrest Warrant

FILED
United States District Court
Albuquerque, New Mexico

Mitchell R. Elfers
Clerk of Court

# UNITED STATES DISTRICT COURT
## for the
### District of New Mexico

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| v. | ) |
| | ) Case No. 1084 1:24-CR-00367-JCH-1 |
| Adin Kellner | ) |
| *Defendant* | ) |

FILED
UNITED STATES DISTRICT COURT
ALBUQUERQUE, NEW MEXICO

SEP 06 2024

MITCHELL R. ELFERS
CLERK

## ARREST WARRANT

To:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States Magistrate judge without unnecessary delay (name of person to be arrested) Adin Dwight Kellner, who is accused of an offense or violation based on the following document filed with the court:

- ☐ Indictment
- ☐ Superseding Indictment
- ☐ Information
- ☐ Superseding Information
- ☐ Complaint
- ☐ Probation Violation Petition
- ☐ Supervised Release Violation Petition
- ☐ Violation Notice
- ☒ Order of the Court

This offense is briefly described as follows:
The defendant has been terminated from the La Pasada Halfway House for violating program rules.

Date:   9/5/24

*K. Hernandez de Sepulveda*
*Issuing Officer's signature*

City and state:   Albuquerque, NM

MITCHELL R. ELFERS, CLERK OF COURT
*Printed name and title*

---

**Return**

This warrant was received on (date) 9/5/2024, and the person was arrested on (date) 9/6/2024
at (city and state) Albuquerque, NM.

Date: 9/6/2024

*[signature]*
*Arresting officer's signature*

DUSM Tyler K Foster
*Printed name and title*