**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

UNITED STATES OF AMERICA,

     Plaintiff,

v.                                                                      Crim. No. 24-367-JCH

ADIN KELLNER,

     Defendant.

**<u>NOTICE OF LODGING OF EXHIBITS</u>**

     The United States files this Notice for purposes of lodging a video recording (United States Exhibit 1: Axon_Body_3_Video_2023-03-27_1519_X60325210.mp4) (approximately one hour in length) and ATF Special Agent Brenton Hutson's report (ROI 9) in conjunction with its sentencing pleading (doc. 71). The United States will lodge these exhibits with the Clerk's Office concurrent with this filing.

                                      Respectfully submitted,

                                      RYAN ELLISON
                                      Acting United States Attorney

                                      <u>/s/                                </u>
                                      JAYMIE L. ROYBAL
                                      Assistant United States Attorney
                                      201 3rd St. NW, Suite 900
                                      Albuquerque, NM 87102
                                      (505) 224-1413

I HEREBY CERTIFY that I filed the foregoing pleading electronically through the CM/ECF system which caused defense counsel, Noah Gelb, to be served by electronic means, as reflected on the Notice of Electronic Filing as indicated therein on December 14, 2025.

<u>/s/                                 </u>
Jaymie L. Roybal
Assistant United States Attorney