October 29, 2025

To Whom It May Concern:

    Re:    *Adin Kellner*

I am writing on behalf of Mr. Adin Kellner who is a graduate from the Young Adult Program through the Second Judicial District Court. The Young Adult Program is a diversion program for participants between the ages of 18 and 25 who are facing felony charges in Albuquerque. The Young Adult Court program is a collaborative effort, working alongside numerous community providers including in-patient and out-patient substance abuse treatment centers, mental health treatment professionals, case managers and education and vocational entities.

Mr. Kellner graduated this program on September 26, 2025. This program requires an incredible amount of time and commitment and includes treatment, weekly court sessions, meetings and drug testing.

Please contact me or any member of the Young Adult Court team should you have any questions.

Thank you.

Cindy Leos
District Court Judge, Div. IX
On behalf of the Young Adult Court Team