Thursday, November 13, 2025

To Whom It May Concern,

I am pleased to recommend Adin Kellner, who has been working under my direct supervision since July 2025. I manage a large multi-family construction project on the west side of Albuquerque, where we typically have over 200 workers on site daily.

Aydan began in an entry-level role, responsible for checking in and out employees, subcontractors, and vendors. This position plays a critical role in maintaining jobsite security, minimizing theft, ensuring safety compliance, and promoting accountability. From the start, Aydan demonstrated reliability, attention to detail, and a strong work ethic—often working long hours without complaint.

Recognizing his dedication, I promoted him to operate a 1-ton truck, hauling trash dumpsters to and from the landfill. He has excelled in this role, contributing significantly to the cleanliness and overall appearance of the jobsite.

Aydan consistently follows direction, completes tasks promptly, and takes initiative when needed. His positive attitude and dependable performance make him a valued member of our team, and I look forward to continuing our working relationship.

Thank you for your consideration.

Sincerely,

**Ralph Garcia**

Project Manager

S&S Building Solutions

Cell: 505-980-4033

DEFENDANT'S EXHIBIT D